1  DANIEL G. BOGDEN
   United States Attorney
2  MEGAN RACHOW
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, Nevada 89501
4  (775) 784-5438



FILED
MAY 27 2014
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ALEXANDER JOSEPH TURMAN,
   aka Alexander Joseph Radford,

       Defendant.

3:14-mj-0041-VPC

COMPLAINT FOR VIOLATION OF:

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm

BEFORE the Honorable Valerie P. Cooke, United States Magistrate Judge, Reno, Nevada, the undersigned complainant being first duly sworn states:

On or about April 28, 2014, in the State and District of Nevada, ALEXANDER JOSEPH TURMAN, aka Alexander Joseph Radford, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, to wit: Unlawful Sale of a Controlled Substance, on or about November 9, 2005; did knowingly possess an Ivers Johnson, .22 caliber revolver, model IJ Sealed 8, bearing serial number N39607, said possession being in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Complainant as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives states there is probable cause to arrest the above-named defendant as set forth in the attached affidavit.

# AFFIDAVIT

I, Normand J. Bergeron, being duly sworn, depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since 1999. As part of my ATF training, I completed the Criminal Investigation Academy (10 weeks) and ATF New Agent Training (16 weeks) at the Federal Law Enforcement training Center (FLETC) in Glynco, Georgia. As part of this training, I attended instruction related to the possession of firearms by prohibited persons and instruction related to the illegal transfer of firearms. During the past almost fifteen years as an ATF Agent, I have conducted numerous investigations regarding the illicit acquisition of firearms, the illicit transfer of firearms as well as the possession of firearms by prohibited persons.

2. By virtue of my training, experience and through my conversations with other experienced agents and officers who conduct firearm investigations, I have become familiar with the requirements established by the Gun Control Act of 1968 and I am aware that it is a violation of Title 18, United States Code, Section 922(g)(1) for a person, who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm which has been shipped or transported in interstate or foreign commerce.

3. I make this Affidavit in support of an Arrest Warrant for Alexander Joseph Turman, aka Alexander Radford, who for the sake of simplicity will be referred to as "Turman" in the remainder of this Affidavit. Since this Affidavit is submitted for the limited purpose of obtaining an Arrest Warrant, the facts and opinions set forth herein are not meant to be inclusive of all information gathered with regard to the subject identified herein or the investigation in general; rather, these facts are meant to provide information sufficient for the purpose of the Affidavit as set forth herein.

1

4. I am familiar with the facts set forth in this Affidavit from my personal observations and investigation, observations and investigations by other law enforcement officers, analysts, and monitors as related to me in conversation, through written reports, Affidavits, from notes, records, documents, or other evidence obtained as a result of this and related investigations. Unless otherwise indicated herein, I believe the information provided to me by others to be reliable. In those instances wherein I assert an opinion or belief with respect to the facts alleged herein, that opinion or belief is based upon my training and experience as set forth previously herein along with my knowledge of the investigation and any other specific factors I submit in connection with a particular assertion.

5. On April 28, 2014, Reno Police Officer Richard Miller responded to 3264 Gypsum Road, Reno, NV, on a report of a battery. Upon arriving on scene, Officer Miller observed a male lying near the steps holding his head. As Officer Miller walked toward the steps, the subject, later identified as Alexander Joseph Turman, moved towards him and was telling Officer Miller to leave him alone. Officer Miller heard Turman drop something to the ground and then observed that the object at the feet of Turman was a firearm. The firearm was determined to be an Ivers Johnson, .22 caliber revolver, model IJ Sealed 8, serial number N39607.

6. On May 22, 2014, I contacted ATF Special Agent Lavon Cuyler regarding the firearm possessed by Turman. Special Agent Cuyler determined that the Ivers Johnson, .22 caliber revolver, model IJ Sealed 8, serial number N39607, was not made in the State of Nevada and, therefore, traveled in interstate commerce.

7. A criminal history check was made and it was determined that Turman had two felony convictions in the State of Nevada. The first conviction under the name of Alex Joseph Turman was for Unlawful Sale of a Controlled Substance, a felony, in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, Case CR05-2130. The second

conviction under the name of Alexander Radford was for Larceny From a Person Not Amounting to Robbery, a felony, in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, Case CR10-0363.

8. On May 22, 2014, I had a fingerprint comparison made of the FD-249 fingerprint cards from the arrests resulting in the aforementioned convictions and the arrest on April 28, 2014. The FBI determined that all three fingerprint cards were identical with each other and with FBI # 951959AB1. This FBI number belongs to Alex Turman, aka Alexander Radford.

9. Based upon the foregoing facts, I believe probable cause exists that Alexander Joseph Turman has violated Title 18, United States Code, Section 922(g)(1), a convicted felon in possession of a firearm. Therefore, I request that a criminal complaint and an arrest warrant be issued for Alexander Joseph Turman for said offense.

_____
Normand Bergeron
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to me this 27th day of May, 2014.

_____
HONORABLE VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE