# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:14-CR-049-MMD-(VPC) |
| ALEXANDER JOSEPH RADFORD, aka Alexander Joseph Turman, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On December 9, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1), (2), and (5) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant ALEXANDER JOSEPH RADFORD, aka Alexander Joseph Turman, guilty of the criminal offense, forfeiting specific property set forth in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ALEXANDER JOSEPH RADFORD, aka Alexander Joseph Turman, was found guilty. Indictment, ECF No. 9; Minutes of Jury Trial, ECF No. 60; Verdict Form, ECF No. 67; Special Verdict Form, ECF No. 68; Preliminary Order of Forfeiture, ECF No. 72.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

///

from December 12, 2014, through January 10, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 73.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. an Iver Johnson, .22 caliber revolver, model IJ Sealed 8, bearing serial number N39607; and
2. any and all ammunition

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 2nd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

2